In re:                                                           Case No. 26-07656-BKM

DARNELLIA RUTH WEBSTER                                           Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0970-2                  User: admin                        Page 1 of 2

Date Rcvd: Aug 03, 2026               Form ID: 309A                      Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | | DARNELLIA RUTH WEBSTER, 16934 N QUINTO DRIVE, GLENDALE, AZ 85318 |
| 18256062 | + | Davina Webster, 16934 N. Quinto Drive, Maricopa AZ 85138-2586 |
| 18256067 | | Lena Webster, 1511 Maloney St, Tuba City AZ 86045 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| aty | | Email/Text: tom@cutlerltd.com | Aug 04 2026 00:33:00 | THOMAS ADAMS MCAVITY, Phoenix Fresh Start Bankruptcy Attorneys, 4131 Main Street, Skokie, IL 60076-2780 |
| tr | + | EDI: BDABIRDSELL | Aug 04 2026 04:07:00 | DAVID A. BIRDSELL, David A. Birdsell, Bankruptcy Trustee, 216 N Center St, Mesa, AZ 85201-6629 |
| smg | | EDI: AZDEPREV.COM | Aug 04 2026 04:07:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| 18256052 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 04 2026 00:48:31 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco CA 94108-2716 |
| 18256053 | + | EDI: GMACFS.COM | Aug 04 2026 04:07:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington IL 55438-0901 |
| 18256054 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Aug 04 2026 00:34:00 | Aspire Credit Card, Attn: Bankruptcy, Po Box 105555, Atlanta GA 30348-5555 |
| 18256055 | + | Email/Text: bk@avant.com | Aug 04 2026 00:35:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago IL 60601-1112 |
| 18256060 | | Email/Text: cfcbackoffice@contfinco.com | Aug 04 2026 00:34:00 | Continental Finance Company, Attn: Bankruptcy, 4550 New Linden Hill Rd, Wilmington DE 19808 |
| 18256056 | + | EDI: CAPITALONE.COM | Aug 04 2026 04:07:00 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |
| 18256059 | + | EDI: JPMORGANCHASE | Aug 04 2026 04:07:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington DE 19850-5299 |
| 18256061 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 04 2026 00:32:59 | Cws/cw Nexus, Attn: Bankruptcy, Po Box 9201, Old Bethpage NY 11804-9001 |
| 18256063 | + | Email/Text: Bankruptcy@Freedommortgage.com | Aug 04 2026 00:34:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 951 Yamato Road, Suite 175, Boca Raton FL 33431-4444 |
| 18256064 | + | EDI: AMINFOFP.COM | Aug 04 2026 04:07:00 | Fst Premier, Attn: Bankruptcy, 601 S Minnesota Ave, Sioux Falls SD 57104-4824 |
| 18256065 | + | Email/Text: bankruptcy@webbank.com | Aug 04 2026 00:34:00 | Imagine Credit, Attn: Account |

| | | | | |
|---|---|---|---|---|
| | | | | ServicesBankruptcy, Po Box 105824, Atlanta GA 30348-5824 |
| 18256066 | + | Email/Text: inchargehq@westcreekfin.com | Aug 04 2026 00:35:00 | Koalafi, Attn: Bankruptcy, Po Box 5518, Glen Allen VA 23058-5518 |
| 18256068 | + | Email/Text: netcreditbnc@enova.com | Aug 04 2026 00:35:00 | Netcredit/rb, Attn: Bankruptcy Dept, 175 W Jackson Blvd, Ste 1000, Chicago IL 60604-2863 |
| 18256069 | ^ | MEBN | Aug 04 2026 00:30:43 | Reach Financial, Attn: Bankruptcy, 180 Maiden Lane, Suite 2801, New York NY 10038-4968 |
| 18256070 | | Email/Text: bankruptcy.notices@sparrowcard.com | Aug 04 2026 00:34:00 | Sparrow Fncl, Sparrow, Attn: Bankruptcy, 9450 Sw Gemini Dr. #87446, Beaverton OR 97008 |
| 18256071 | + | EDI: SYNC | Aug 04 2026 04:07:00 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 18256058 | | Email/Text: support@cash1loans.com | Aug 04 2026 00:33:00 | Cash 1, 725 E Covey Ln, Ste 170, Phoenix AZ 85024 |
| 18256057 | | Email/Text: support@cash1loans.com | Aug 04 2026 00:33:00 | cash 1, 2415 E Thomas Rd, #2, Phoenix AZ 85016 |
| 18256072 | + | EDI: WTRRNBANK.COM | Aug 04 2026 04:07:00 | Target NB, Co Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis MN 55440-9475 |
| 18256073 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 04 2026 00:34:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 22171, Tempe AZ 85285-2171 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID A. BIRDSELL | ecf@azbktrustee.com response@azbktrustee.com,AZ15@ecfcbis.com |
| THOMAS ADAMS MCAVITY | on behalf of Debtor DARNELLIA RUTH WEBSTER tom@cutlerltd.com documents@phxfreshstart.com |
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |

TOTAL: 3

| Information to identify the case: | | |

| | | |
|---|---|---|
| Debtor 1: | DARNELLIA RUTH WEBSTER<br>First Name Middle Name Last Name | Social Security number or ITIN: xxx–xx–6177<br>EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: District of Arizona | | Date case filed for chapter: 7  7/31/26 |
| Case number: 2:26–bk–07656–BKM | | |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Your case could be dismissed if you do not file the required documents, fail to appear at the meeting of creditors or if you do not provide photo identification and proof of social security number to the trustee at the meeting.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

**To protect your rights, consult an attorney. The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | DARNELLIA RUTH WEBSTER | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 16934 N QUINTO DRIVE<br>GLENDALE, AZ 85318 | |
| 4. | **Debtor's attorney**<br>Name and address | THOMAS ADAMS MCAVITY<br>Phoenix Fresh Start Bankruptcy Attorneys<br>4131 Main Street<br>Skokie, IL 60076–2780 | Contact phone 602–598–5075<br>Email: tom@cutlerltd.com |
| 5. | **Bankruptcy trustee**<br>Name and address | DAVID A. BIRDSELL<br>David A. Birdsell, Bankruptcy Trustee<br>216 N Center St<br>Mesa, AZ 85201 | Contact phone 480–644–1080<br>Email: ecf@azbktrustee.com |

**For more information, see page 2 >**

| 6. | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at pacer.uscourts.gov. | **U.S. Bankruptcy Court, Arizona**<br>**230 North First Avenue, Suite 101**<br>**Phoenix, AZ 85003–1727** | Office Hours:<br>8:30 am – 4:00 pm Monday–Friday<br><br>Contact Phone: (602) 682–4000<br>Date: 8/3/26 |
|---|---|---|---|
| 7. | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 8, 2026 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 719 746 0394, and Passcode 9510604032, OR call 1–602–960–2353** |
| | **For additional meeting information go to https://www.justice.gov/ust/moc** | | |
| 8. | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| 9. | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 11/9/26** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline.<br><br>Deadline for holder(s) of a claim secured by a security interest in the debtor's principal residence (Rule 3002(c)(6)(A): **70 Days from Case Filed Date.** | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |